George V. Sims, Respondent, v. William E. D. Vyse, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

Thomas H. Wilson, Respondent, v. The Kings County Elevated Railway Company, Appellant. — Judgment affirmed. Opinion by Davis, P. J.

People of the State of New York, Respondent, v. William G. Zimmerman, Appellant.— Judgment reversed, new trial ordered. Opinion by Davis, P. J.

Estelle D. Bowers, Respondent, v. Frederick C. Durant and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Emigrant Industrial Savings Bank, Plaintiff, v. Mary Lynch and others, Defendants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Churchill, J.

John Griffiths and others, Plaintiffs,v. Helene De Berg and others, Defendants. — Judgment affirmed.

The People of the State of New York *ex rel.* John T. Cuming v. Joseph Koch and others, Dock Commissioners, etc., Respondents. — Proceedings affirmed. Opinion by McComber, J.

In the Matter of Roxana Bacon. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Henry Morrison, Plaintiff, v. Richard R. Watson, Defendant. — Order affirmed, with ten dollars costs and disbursements, on opinion of Barret, J.

Oliver L. Jones, Appellant, v. Lillian L. Jones and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Anastasia Britt, Administratrix, etc., Respondent, v. Francis Alexander and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Leon Rabuteau v. Marie Rabuteau.—So much of the order as directs the receiver to discontinue the payment of alimony reversed, with ten dollars costs and disbursements, and the remainder of the order so modified as to require the continuance of the payment of alimony and the preservation of the surplus only (if any) for the benefit of creditors.

Charles H. Dwinelle, Respondent, v. William S. Webb, as President, etc., Appellant.— Order modified by striking out the word " or " as it appears on line distinguished by the folio figures 131 of the case, and as modified affirmed, with costs to either party to abide event.

Minnie Bayer, as Guardian, etc., Plaintiff, v. James L. Phillips, Defendant. — Judgment ordered for plaintiff, without costs. Opinion *Per Curiam.*

William G. Jones, Appellant, v. Ward N. Wakefield, Respondent.— Order reversed, with ten dollars costs and disbursements, and with leave to defendant to renew application on additional proofs. Opinion *Per Curiam.*

Emily M. English, Plaintiff, v. George B. Ripley, Trustee, etc., Defendant. — Judgment ordered for defendant with twenty-five dollars costs. Opinion *Per Curiam.*

Unexcelled Fireworks Company, Respondent, v. Joseph H. Collins, Appellant.— Judgment affirmed.

The People of the State of New York *ex rel.* Ralph Archbold, Appellant, v. The Health Department, etc., Respondent. — Order affirmed, with costs. Opinion *Per Curiam.*

Alfred Nelson, as Executor, etc., Respondent, v. Sutherland Tenney, as Assignee, etc.,Appellant, Impleaded, etc.— Judgment affirmed.

Anthony Reichardt, Appellant, v. The Department of Public Works, etc., Respondents.— Judgment affirmed, on opinion of Beach, J.

The American Tool Company, Appellant, v. George J. Smith, Respondent.— Judgment reversed, new trial ordered, costs to abide event. Opinion *Per Curiam.*

The People of the State of New York, Respondent, v. Charles V. Buddensieck, Appellant.— Judgment affirmed. Opinion by Daniels and Brady, JJ.

William F. Parks, Appellant; v. Margaureit A. Murray and Joseph Murray, Respondents.— Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Lizzie Franck, Plaintiff, v. Katharine Schmitt, Defendant. — Judgment ordered for plaintiff as directed in opinion. Opinion *Per Curiam.*

Julius Fortsman v. Ruth A. Schulting.— (See Mem.)

George W. Reid, Appellant, v. New York, Lake Erie and Western Railroad Company, Respondent. — Motion for reargument denied, with ten dollars costs.